# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>AK STEEL HOLDING CORPORATION, RALPH S. MICHAEL, III, DENNIS C. CUNEO, SHERI H. EDISON, MARK G. ESSIG, WILLIAM K. GERBER, GREGORY B. KENNY, ROGER K. NEWPORT, DWAYNE A. WILSON, VICENTE WRIGHT, ARLENE M. YOCUM, CLEVELAND-CLIFFS INC., and PEPPER MERGER SUB INC.,<br><br>        Defendants. | Case No. 1:20-cv-00078-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated:  March 6, 2020

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
      Brian D. Long (#4347)
      Gina M. Serra (#5387)
      300 Delaware Avenue, Suite 1220
      Wilmington, DE 19801
      Telephone: (302) 295-5310
      Facsimile: (302) 654-7530
      Email: bdl@rl-legal.com
      Email: gms@rl-legal.com

*Attorneys for Plaintiff*